IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CLEVE BLAIR** <br> **Plaintiff,** <br> <br> **VS.** <br> <br> **METROPOLITAN LLOYDS INSURANCE** <br> **COMPANY OF TEXAS** <br> <br> **Defendant.** | § § § § § § § § § | **CIVIL ACTION NO. 4:15-CV-00351-0** |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff, Cleve Blair, and Defendant Metropolitan Lloyds Insurance Company of Texas, file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally settled. Plaintiff no longer desires to prosecute this suit against Defendant Metropolitan Lloyds Insurance Company of Texas.

**II.**

Plaintiff and Defendant move this Court to dismiss this case with prejudice, as to defendant, with all costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal With Prejudice.

Respectfully submitted,

/s/Jacey Hornecker (**w/permission)
Jacey Hornecker
State Bar No. 24085383
SPEIGHTS & WORRICH
1350 North Loop 1604 E., Suite 104
San Antonio, TX  78232
Telephone: (210) 495-6789
Facsimile: (210) 95-6790
Email:  jacey@speightsfirm.com
**COUNSEL FOR PLAINTIFF**
**CLEVE BLAIR**

/s/Daniel P. Buechler
Daniel P. Buechler
State Bar No. 24047756
THOMPSON, COE, COUSINS & IRONS, L.L. P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  dbuechler@thompsoncoe.com
**COUNSEL FOR DEFENDANT**
**METROPOLITAN LLOYDS INSURANCE**
**COMPANY OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2015, the foregoing motion was served by overnight delivery upon the following counsel of record for Plaintiff:

Jacey Hornecker
SPEIGHTS & WORRICH
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
Email:  jacey@speightsfirm.com
**COUNSEL FOR PLAINTIFF**

                                      /s/Daniel P. Buechler
                                      Daniel P. Buechler