IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CLEVE BLAIR,** | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:15-cv-351-O |
| **METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS,** | | |
| Defendant. | | |

## ORDER

Before the Court is the parties' Agreed Motion for Dismissal with Prejudice (ECF No. 15), filed November 23, 2015. Plaintiff and Defendant have resolved all matters between themselves and wish to dismiss their claims. Having considered the motion, the Court finds it is well-taken and should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that all of Plaintiff's claims against the Defendant are **DISMISSED with prejudice** with all costs to be taxed against the party incurring the same.

**SO ORDERED** on this **23rd day** of **December, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE